UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                                                           **Case No: 6:16-cr-187-CEM-LHP**

**JOHN MATTHEW GAYDEN, JR.**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's *pro se* Motion for Certificate of Appealability ("Motion," Doc. 302) and a Defendant's *pro se* Motion to Appeal *In Forma Pauperis* ("IFP Motion," Doc. 305). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation ("R&R," Doc. 303), where she recommends that the Motion be denied. Defendant filed the IFP Motion subsequent to the issuance of the R&R.

After an independent *de novo* review of the record, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. This Court agrees entirely with the analysis in the R&R. The IFP Motion will also be denied for the same reasons set forth in the Court's Order (Doc. 276) previously denying the same request.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 303) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 302) is **DENIED**.

3. The IFP Motion (Doc. 305) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party